PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Ala.Code 1975, § 25-5-81(e); Ex parte Staggs, 825 So.2d 820, 822 n. 1 (Ala.2001); Ex parte Trinity Indus., Inc., 680 So.2d 262, 268 (Ala.1996); Devan Lowe, Inc. v. Stephens, 842 So.2d 703, 706 (Ala.Civ.App.2002); Alverson v. Fontaine Fifth Wheel Co., 586 So.2d 216, 217 (Ala.Civ.App.1991); and DeHart v. Ideal Basic Indus., Inc., 527 So.2d 136, 137 (Ala.Civ.App.1988).
THOMPSON, P.J., and BRYAN and THOMAS, JJ., concur.
MOORE, J., concurs specially.